# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD FAYE PARKS, | |
| Plaintiff, | 2:09-cv-02365-RCJ-RJJ |
| vs. | **ORDER** |
| EDGEWATER CASINO et al., | |
| Defendants. | |

Plaintiff, an inmate in Arizona proceeding pro se, submitted a Civil Rights Complaint Pursuant to 42 U.S.C. § 1983. On April 1, 2010, the Court dismissed the case for failure to comply with the Court's order to submit a new Application to Proceed *in Forma Pauperis*. The Ninth Circuit found Plaintiff's appeal to be frivolous and dismissed it for failure to perfect the appeal. Plaintiff has now submitted a Motion to Request Investigation (ECF No. 19) and a Motion to Reopen the Case (ECF No. 20). Plaintiff alleges he was unlawfully imprisoned and that he is facing serious medical issues in prison. The Court finds no reason to grant Plaintiff's motions. The motions are denied.

///

///

///

///

///

1

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Request Investigation (ECF No. 19) is DENIED.

IT IS FURTHER ORDERED that the Motion to Reopen the Case (ECF No. 20) is DENIED.

IT IS SO ORDERED.

DATED: This 10th day of March, 2016.

_____
ROBERT C. JONES
United States District Judge

2